DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ALDACO-RUTIAGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0226 AWI |
| *Plaintiff*, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  March 10, 2008 |
| JOSE ALDACO-RUTIAGA, | Time:  9:00 a.m. |
| *Defendant*. | Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto and  through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Aldaco-Rutiaga, that the status conference set for February 19, 2008 may be continued to March 10, 2008 at 9:00 a.m., or the soonest date thereafter convenient to the court. **The date currently set for status conference is February 19, 2008. The requested new date is March 10, 2008.**

A fast-track plea agreement has been tendered in this matter and the pre-plea presentence investigation report has been completed.  The defense needs additional time to investigate one item listed in the PSR in order to allow the change of plea and sentencing to occur on the same date.  The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective ///
defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: February 14, 2008 | By /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: February 14, 2008 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE ALDACO-RUTIAGA |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 15, 2008**          /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference

2